# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DEBT CLEANSE GROUP LEGAL SERVICES, LLC.

No. 78195

FILED

SEP 20 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER GRANTING PETITION FOR CERTIFICATION OF LEGAL SERVICES PLAN

Debt Cleanse Group Legal Services, LLC, has filed a verified petition seeking certification of a group legal services plan under SCR 42.5. After we referred the petition to the State Bar for review, the State Bar responded, recommending approval of the plan conditioned on Debt Cleanse Group revising its proposed contract with participating Nevada attorneys in accordance with SCR 42.5(5)(c). Specifically, the State Bar recommends that Debt Cleanse Group revise its attorney agreement to include the following language required by SCR 42.5(5)(c)(1), (2), (4), (5), (7), and (8):

> Any member of the organization may obtain legal services independently of the arrangement from any attorney of his [or her] choice.

> No unlicensed person will provide legal services under the agreement.

> The member to whom the legal services are rendered, not the organization, is the client of the lawyer.

> All parties agree that in providing legal services, the lawyer must comply with all the disciplinary rules contained in the code and all other rules of the court.

> Any publicity given by the organization to its members will not describe the lawyer beyond giving his [or her] name, address, and telephone number and such other information as may be required to facilitate the access of a member to the services of the lawyer; and any publicity disseminated by the

19-39295

organization to non-members will not identity the lawyer.

The agreement will be terminated in the event of any substantial violation of the foregoing provisions.

Debt Cleanse Group has filed a reply agreeing with the State Bar's recommendations and has accordingly revised its proposed contract with participating Nevada attorneys.

Having considered the petition and supporting documentation along with the State Bar's recommendation and Debt Cleanse Group's reply thereto, we conclude that Debt Cleanse Group has demonstrated that its program satisfies the requirements of SCR 42.5(5). Accordingly, we grant the petition, subject to the amendments recommended by the State Bar and agreed to by Debt Cleanse Group, as incorporated into its revised attorney agreement.

It is so ORDERED.

_____, C.J.
Gibbons

_____, J.          _____, J.
Pickering                                          Hardesty

_____, J.          _____, J.
Parraguirre                                        Stiglich

_____, J.          _____, J.
Cadish                                             Silver

cc:   Christopher S. Connell
      State Bar of Nevada/Las Vegas